## IN THE UNITED STATES DISTRICT COURT
### For The
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Citation Number: 17PO00014 |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| KEN JOHNSON, ) | |
| Defendant. ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Possessing or Using a Vehicle Off-Road, in violation of 36 CFR 261.56 |
| **Sentence Date:** | January 19, 2017 |
| **Review Hearing Date:** | May 18, 2017 |
| **Probation Expires On:** | July 19, 2017 |

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $40 (processing fee and special assessment)

☒ Other Conditions: 15 Hours Community Service

### *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

Mr. Johnson has completed 16.5 hours of community service with Church of the Chimes (10.5 hours) and the Salvation Army (6 hours). Proof of completion has been submitted to the government.

### *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: /s/ *Michael Tierney*

### DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 5/18/2017 at 10:00 a.m.

    ☒ be vacated; or

    ☒ In the alternative, that Mr. Johnson be permitted to appear via telephone, given that he is in compliance with the terms of his sentence, and is currently homeless and residing in San Jose, CA. Travelling to Fresno for the review hearing would impose a significant financial hardship, and Mr. Johnson has a telephone available to call in to the courtroom.

DATED: 5/15/2017　　　　　　　　　　　　　　　/s/ Ken Johnson
　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANT

*Assistant Federal Defender, Megan Hopkins assisted Mr. Johnson in the preparation of this report.

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒　　GRANTED. The Court orders that the Review Hearing be vacated.

☐　　DENIED.

IT IS SO ORDERED.

Dated: **May 16, 2017**　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE